UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARSHALL PACKAGING COMPANY, LLC | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:09-cv-88 |
| | § | |
| v. | § | |
| | § | |
| | § | JURY TRIAL DEMANDED |
| NIAGARA DRINKING WATERS, INC., AND NIAGARA BOTTLING, LLC | § § § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiff Marshall Packaging Company, LLC files this Motion for Leave to File its First Amended Complaint.  A copy of the First Amended Complaint is contemporaneously filed herewith.

The First Amended Complaint adds a number of new defendants to the lawsuit.  Given the status of the case, however, this should not result in any delay of the proceedings or work to the prejudice of any party.  Moreover, Plaintiff contends that it is in the interests of judicial economy to have all the prospective defendants consolidated in one case rather than separated into multiple lawsuits.

Respectfully submitted,

By:    /s/     Donald Puckett

   Donald Puckett
   Attorney-In-Charge
   State Bar No. 24013358
   dpuckett@thewarefirm.com
   Leslie D. Ware
   State Bar No. 00785179
   lesware@thewarefirm.com
   Mark W. Born
   State Bar No. 24034334
   mborn@ thewarefirm.com
   Eric S. Tautfest
   State Bar No. 24028534
   etautfest@thewarefirm.com
   George T. Scott
   State Bar No. 24061276
   gscott@thewarefirm.com

   **THE WARE FIRM**
   2101 Cedar Springs Road, Suite 1900
   Dallas, Texas 75201

   T. John Ward, Jr.
   State Bar No. 00794818
   jw@jwfirm.com

   **WARD & SMITH LAW FIRM**
   111 W. Tyler St.
   Longview, Texas 75601
   (903) 757-6400
   (903) 757-2323 Fax

   **ATTORNEYS FOR PLAINTIFF**
   **MARSHALL PACKAGING COMPANY, LLC**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**     Page 2
**FIRST AMENDED COMPLAINT**

## CERTIFICATE OF ELECTRONIC SERVICE

  This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per LOCAL RULE CV-5(a)(3) today, March 5, 2009.  Any other counsel of record will be served by postage paid, certified first class mail, return receipt requested.

              /s/  George Scott